# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV10-01344 JAK (OPx) | Date | June 20, 2011 |
| Title | Daniela Thompson v. Applebee's Services, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On June 16, 2011, defendant filed "Joint Report Re Court Sponsored Mediation" [32] notifying the Court that the parties have reached a settlement. The Court sets an Order to Show Cause re Dismissal for August 1, 2011 at 10:30 a.m. If the parties file a dismissal by July 29, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Final Pretrial Conference, set for January 3, 2012, and Jury Trial, set for January 10, 2012, are vacated.

**IT IS SO ORDERED.**

                                                                    _____ : _____
                                                                    Initials of Preparer    ak